IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF TENNESSEE
AT CHATTANOOGA

MARCUS J. GUINN

    Plaintiff

vs.

                            Civil action no: 1:12-cv-00404
                            JURY DEMAND

TENNESSEE VALLEY AUTHORITY

    Defendant

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

The plaintiff, Marcus J. Guinn, by and through counsel, and pursuant to Rule 41 (a), hereby provides notice of his desire to voluntarily dismiss his Complaint filed in this case against Tennessee Valley Authority without prejudice.

This Notice of Dismissal has been filed by the plaintiff before the defendant has served an Answer or a Motion for Summary Judgment.

SIGNED this 5th day of March, 2013.

                                                BIDDLE & TREW, LLP
                                                20 Washington Avenue, N.W., P.O. Box 10
                                                Athens, TN 37371-0010

                                                By: s/ H. Chris Trew BPR # 011162
                                                Attorney for Marcus J. Guinn

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been forwarded to opposing counsel via the Court's electronic filing system as follows:

Tennessee Valley Authority
c/o Office of General Counsel
Attorney Tricia L. Roelofs
400 West Summit Hill Drive WT6
Knoxville, TN 37902-1401

    This 5th day of March, 2013.

                                            BIDDLE, & TREW, LLP

                                            By: s/ H. Chris Trew

x:\t\trew2013\guinn.notice voluntary dismissal